IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONSTANTINO REYES TIBURCIO, ET AL, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 3:22-cv-1088-DWD |
| CHELBRAN'S INCORPORATED, ET AL, | ) ) ) ) |
| Defendants. | ) |

**JUDGMENT IN A CIVIL ACTION**

**DUGAN, District Judge:**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of October 12, 2022 (Doc. 28), reflecting settlement between the parties, this action is **DISMISSED with prejudice** with each party to bear its own costs.

    **IT IS SO ORDERED.**

    **DATED: November 30, 2022**

                                              MONICA A. STUMP, Clerk of Court

                                              *s/ Dana M. Winkeler*
                                              **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**